**Robert Christopher KETTENBURG, Plaintiff–Appellant,**

v.

**GEICO INSURANCE, Defendant–Appellee.**

No. 13–1861.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 21, 2013.

Decided: Aug. 29, 2013.

Robert Christopher Kettenburg, Appellant Pro Se.

Before NIEMEYER, FLOYD, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Christopher Kettenburg appeals the district court's order dismissing his complaint without prejudice for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Kettenburg v. GEICO Ins.,* No. 8:13–cv–01644–PJM (D. Md. June 19, 2013). We deny Kettenburg's motion for waiver of service. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*